UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| THERESA M. DOLAN, | Case No. 2:17-cv-00198-GMN-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| BANK OF AMERICA, NATIONAL ASSOCIATION, et al. | |
| Defendants. | |

Before the court is the Notice of Settlement (ECF No. 6) between Plaintiff and Defendant Nationstar Mortgage, LLC, who has not yet made an appearance in this case. Plaintiff requests 60 days to complete settlement dismissal documents. Accordingly,

**IT IS ORDERED** that Plaintiff shall have until **April 15, 2017,** to file a notice of voluntary dismissal, or a status report advising when the notice of voluntary dismissal will be filed.

DATED this 14th day of February, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1