Bradley T. Austin, Esq.
Nevada State Bar No. 13064
Snell & Wilmer, LLP
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services, LLC*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THERESA M. DOLAN,<br><br>                        Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; CITIBANK, NATIONAL ASSOCIATION; NATIONSTAR MORTGAGE, LLC; DEPARTMENT STORES NATIONAL BANK D/B/A MACYS/DSNB; EQUIFAX INFORMATION SERVICES, LLC; INNOVIS DATA SOLUTIONS, INC.;<br><br>                        Defendants. | Case No. 2:17-cv-00198-GMN-PAL<br><br><br>**FIRST STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move, or otherwise respond to the Complaint in this matter, to which Plaintiff Theresa M. Dolan has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended through and including **March 20, 2017**.  Plaintiff and Equifax are actively engaged in settlement discussions.  The additional time to respond to the Complaint will facilitate settlement discussions.  This stipulation is filed in good faith and not intended to cause delay.

1   Respectfully submitted this 17th day of February, 2017.

2                                    SNELL & WILMER LLP

3

4                                    By: /s/ Bradley T. Austin
                                     Bradley T. Austin
5                                    Nevada Bar No. 13064
                                     3883 Howard Hughes Pkwy
6                                    Suite 1100
                                     Las Vegas, NV 89169
7                                    Tel: 702-784-5200
                                     Fax: 702-784-5252
8                                    Email: baustin@swlaw.com

9                                    *Attorneys for Defendant Equifax Information*
                                     *Services LLC*
10

11                                   **No opposition**

12                                    /s/ David H. Krieger, Esq.
                                     David H. Krieger, Esq.
13                                   Nevada Bar No. 9086
                                     HAINES & KRIEGER, LLC
14                                   8985 S. Eastern Ave., Suite 350
                                     Henderson, NV 89123
15                                   Phone: (702) 880-5554
                                     FAX: (702) 385-5518
16
                                     Email: dkrieger@hainesandkrieger.com
17

18                                   *Attorneys for Plaintiff*

19

20  IT IS SO ORDERED:

21

22  United States Magistrate Judge

23  DATED:   February 22, 2017

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2017 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter, all counsel being registered to receive Electronic Filing as follows:

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

Email: dkrieger@hainesandkrieger.com

By: /s/ Candace L. Charlet
An Employee of Snell & Wilmer L.L.P.

25799100.1