David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
THERESA M. DOLAN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THERESA M. DOLAN,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; CITIBANK, NATIONAL ASSOCIATION; NATIONSTAR MORTGAGE, LLC; DEPARMENT STORES NATIONAL BANK D/B/A MACYS/ DSNB; EQUIFAX INFORMATION SERVICES, LLC; INNOVIS DATA SOLUTIONS, INC,<br><br>Defendant(s). | Case No.: **2:17-cv-00198-GMN-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN THERESA M. DOLAN AND <u>DEPARMENT STORES NATIONAL BANK D/B/A MACYS/ DSNB</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between THERESA M. DOLAN ("Plaintiff") and Defendant DEPARMENT STORES NATIONAL BANK D/B/A MACYS/ DSNB ("MACYS/ DSNB") has been resolved on an

individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against MACYS/ DSNB, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to MACYS/ DSNB be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to MACYS/ DSNB.

Dated: April 21, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
***THERESA M. DOLAN***

**IT IS ORDERED** that Plaintiff shall have until **June 20, 2017**, to file a notice of voluntary dismissal, or a status report advising when the voluntary dismissal will be filed.

Dated: April 24, 2017

Peggy A. Leen
United States Magistrate Judge